# Court of Appeals
# of the State of Georgia

ATLANTA, December 19, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0465.    YVETTE B. FREEMAN v. THE PARK AT HAIRSTON APARTMENTS.**

Yvette B. Freeman filed a notice of appeal from the superior court's order of June 21, 2014, which denied her petition to proceed as a pauper in this dispossessory action. Freeman's appeal was erroneously docketed twice, as Case No. A17A0464 and Case No. A17A0465. Consequently, as this case is duplicative of Case No. A17A0464, which remains pending in this Court, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,    12/19/2016*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*